583 A.2d 324

WILLIAM MURPHY AND MARY MURPHY, ETC. v. INA/AETNA, ETC.

February 20, 1990.

Petition for certification denied.

583 A.2d 324

WALTER G. KIPILLA v. LOUIS NICKOLOPOULOS, ETC.

February 20, 1990.

Petition for certification denied.

583 A.2d 324

CHEVRON U.S.A., INC. v. CITY OF PERTH AMBOY.

February 20, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 280, 567 *A.*2d 597)

583 A.2d 324

STEPHANIE JONAS v. PRUTAUB JOINT VENTURE, ETC.

February 20, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 137, 567 *A.*2d 230)